IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES SWIFT, | ) | 4:14CV3185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MEGAN LARMIE, and PAULETTE MERRELL, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On December 12, 2014, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED that:

1. Plaintiff must show cause within 30 days why this case should not be dismissed for his failure to diligently prosecute it. Failure to respond to this order within 30 days will result in dismissal of this action without further notice to Plaintiff.

2. The clerk's office is directed to set a pro se case management deadline using the following text: April 1, 2015: Deadline for Plaintiff to show cause.

DATED this 2nd day of March, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge