IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES SWIFT, | ) | 4:14CV3185 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MEGAN LARMIE, and PAULETTE MERRELL, | ) ) | |
| | ) | |
| Defendants. | ) | |

On March 2, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for his failure to diligently prosecute it. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 6th day of May, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge